# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ABSOLUTE WIRELESS OF TENNESSEE, LLC, ) ) ) | |
| Plaintiff, ) | NO. 3:22-cv-00060 |
| ) | |
| v. ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE FRENSLEY |
| T-MOBILE USA, INC, ET AL., ) ) | |
| Defendants. ) | |

## ORDER

The parties have filed a Joint Stipulation of Dismissal (Doc. No. 10), seeking dismissal with prejudice of Plaintiff's claims under Federal Rule of Civil Procedure 41. Accordingly, pursuant to the stipulation of the parties, this action is hereby **DISMISSED** with prejudice.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE